IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07CV798

| | | |
|---|---|---|
| **LORI MENK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER GRANTING** |
| UNITED HEALTHCARE SERVICES, INC., | ) | **CONSENT** |
| | ) | **MOTION TO STAY** |
| Defendant. | ) | |

THIS MATTER was heard by the undersigned upon Defendant United Healthcare Services, Inc.'s Motion to Stay;

WHEREFORE counsel for Plaintiff and counsel for Defendant have agreed that, pursuant to the terms of Defendant United Healthcare Services, Inc.'s Employment Arbitration Policy, the parties should proceed with arbitration in this case; and

WHEREFORE counsel for Plaintiff and counsel for Defendant have agreed to a stay of all proceedings and deadlines in this case pursuant to their agreement to arbitrate Plaintiff's claims under Defendant's Employment Arbitration Policy.

IT IS THEREFORE HEREBY ORDERED that for good cause shown all proceedings and deadlines in this case are to be stayed while the parties participate in the arbitration of Plaintiff's claims.

This the 28th day of November 2007.

                                                 /s/ William L. Osteen, Jr.
                                                 United States District Judge